**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-1344**

———————

ANTHONY N. YENGWIA,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals. (A95-230-324)

———————

Submitted: September 2, 2005        Decided: October 25, 2005

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Patrick G. Tzeuton, Silver Spring, Maryland, for Petitioner.
Peter D. Keisler, Assistant Attorney General, James A. Hunolt,
Senior Litigation Counsel, M. Jocelyn Lopez Wright, Assistant
Director, Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony N. Yengwia, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Yengwia's motion. See 8 C.F.R. § 1003.2(a) (2005); INS v. Doherty, 502 U.S. 314, 323-24 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Yengwia, No. A95-230-324 (B.I.A. Mar. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED